UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:14-mj-167 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEREMY LEBRALE ELLIS | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on June 16, 2014. Those present included:

(1)    An Asst. U.S. Attorney (AUSA) for the Government.
(2)    The defendant.
(3)    Attorney Ginna Maio for defendant.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint.    It was determined he was capable of being able to read and understand these proceedings.

The AUSA moved the court the defendant be detained without bail. The defendant waived his preliminary hearing.

Having considered the sworn affidavit of Officer Narramore and defendant's waiver of preliminary hearing, the undersigned finds:

(1)    There is probable cause to believe that there have been violations of 21 U.S.C. § 841(a)(1), (b)(1)(B) and (B)(1)(C), possession with the intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"), committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

(3) The proof the defendant committed the aforesaid offenses is

1

strong.

(4) There are no conditions nor are there any combinations of conditions which will reasonably assure the safety of the community or the presence of the defendant at future hearings.

<u>Conclusions</u>

It is ORDERED:

(1)   The defendant is held to answer the charges against him in the District Court.

(2) The AUSA's motion to detain the defendant without bail is GRANTED for reasons set out in the separate ORDER OF DETENTION PENDING TRIAL filed with this order.

(3) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 am on Friday, June 27, 2014**.

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE

2